O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAHIR ALNOUR,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 8:26-cv-00554-SVW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 18). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered GRANTING Claim One of the Petition, adopting the ruling on the temporary restraining order application as the final ruling on the merits. Thus, it is ordered that any future enforcement actions after Petitioner's release must comply with due process requirements. Respondents shall not re-detain Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the

burden of demonstrating by clear and convincing evidence that (1) Petitioner is a flight risk or danger such that his physical custody is required, or (2) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

IT IS FURTHER ORDERED that Judgment be entered GRANTING Claim Two of the Petition. Thus, it is ordered that Petitioner be provided ten days' notice of the country to which Respondents intend to remove him, prior to any removal.

DATED: September 16, 2026

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE