JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHIR ALNOUR,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents. | Case No. 8:26-cv-00554-SVW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED as to both Claim One and Claim Two.

DATED: September 16, 2026

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE